AO 91 (Rev. 11/11)  Criminal Complaint

FILED ___ ENTERED
___ LODGED ___ RECEIVED

# UNITED STATES DISTRICT COURT
for the

District of Maryland

NOV 0 4 2016

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MARQUETTE HALL | ) | Case No.  16 - 2 9 1 8 - ADC |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **October 4, 2016** in the county of **Baltimore** in the
_____ District of **Maryland**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922(g) | Felon in Possession |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ryan Jones, TFO/DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4 November 2016

_____
*Judge's signature*

City and state: Baltimore, Maryland

A. David Copperthite, U.S. Magistrate Judge
*Printed name and title*